In the event the action is assigned to a magistrate judge, each party shall execute and file within 20 days of its appearance a form, either consenting to the jurisdiction of the magistrate judge or electing to have the case randomly assigned to a district judge. If a party elects to have the case assigned to a district judge, the magistrate judge shall continue to manage the case by deciding non-dispositive motions and submitting reports and recommendations on dispositive motions, unless otherwise directed by the district judge.

The court strongly encourages participation and cooperation in the expanded use of the magistrate judges as judicial officers with full authority to manage and ultimately dispose of civil actions.

RECEIVED

JUN 2 0 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Omar Shawn Shaheed
Plaintiff

vs.

Case No. 2:23-cv-1120

Onika Tanya Maraj Petty
Isis Naija Gaston
Defendant(s)

## COMPLAINT

I. The plaintiff is a resident of Braddock, Allegheny County, Pennsylvania and a citizen of the United States.

II. The defendant, Onika Tanya Maraj Petty, is a resident of   and a citizen of the United States.

III. The defendant, Isis Naija Gaston, is a resident of   and a citizen of the United States.

## JURISDICTION

IV. This court has jurisdiction over this matter pursuant to 17 U.S.C. § 506(a), and 18 U.S.C. § 2319.

## FACTS

V.

## RELIEF

VI. I want the court to collect and pay me all money that Im due from copyrights

VII. Damages: I deserve the money that was earned from song because they infringed on my copyrights

## ADDITIONAL INFO

**Things To Remember:**

1. You, the Plaintiff, must sign and declare under penalty of perjury that any facts given are correct.

2. If you need additional space to answer a question(s), you may use additional blank pages.

3. The Complaint should not contain legal arguments or citations.

4. The U.S. Marshal will require you to pay the cost of serving the Complaint on each of the Defendants before service is made. This is in addition to the filing fee. For the current appropriate fee, see www.pawd.uscourts.gov

5. The granting of In Forma Pauperis status does not relieve you of the costs associated with service of the Complaint. You may seek authorization from the Court to obtain service of process without prepayment of the U.S. Marshal fee by filing a motion.

6. If you wish to have proof that a document was received / filed, you must send an extra copy of the document, and a self-addressed POSTAGE PAID envelope. Your extra copy will be date stamped by the Clerk's Office, and returned to you in the self-addressed postage paid envelope.

Send the originals and copies of all filings to the appropriate division of the Western District of Pennsylvania at the following addresses:

Pittsburgh Clerk's Office:
700 Grant Street
Suite 3110
Pittsburgh, PA 15219

Erie Clerk's Office:
17 South Park Row
Room A-150
Erie, PA 16501

Johnstown Clerk's Office:
Room 208, Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

**EXPLANATION OF CASE ASSIGNMENT SYSTEM IN
THE PITTSBURGH AND ERIE DIVISIONS OF
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Beginning July I, 2007, the court instituted a new system for assignment of civil cases among the district judges and magistrate judges. Under the new system, the Clerk shall assign each non-prisoner civil action to a district judge or a magistrate judge by automated random selection such that a magistrate judge will be assigned a case, in the first instance, approximately one-third of the time. All prisoner civil cases and non-death penalty habeas cases shall be assigned to a magistrate judge. Death penalty habeas cases, cases requesting preliminary injunctive relief, bankruptcy appeals and motions filed under 28 U.S.C. § 2255 shall be assigned to district judges only.

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Omar Shawn Shaheed
Plaintiff

vs.

Onika Tanya Maraj Petty
Isis Naija Gaston
Defendant(s)

Case No. _____

### CONSENT TO JURISDICTION BY
### UNITED STATES DISTRICT JUDGE

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: 6-8-2023

Signature
Omar Shawn Shaheed

### CONSENT TO JURISDICTION BY
### UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(l) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: 6-8-2023

Signature
Omar Shawn Shaheed

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VIII. I want to earn 100% of sales that was made from song

_[Signature]_  6-8-2023

Signature of pro se Plaintiff    Date

---

OJS 44

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket

## I.
**(a) PLAINTIFFS**
Omar Shawn Shaheed
620 sixth st apt 1003
Braddock Pennsylvania 15104

**DEFENDANTS**
Onika Tanya Maraj Petty, , ,
Isis Naija Gaston, , ,

County of Residence of First Listed Plaintiff: Allegheny
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 X Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | X 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment &Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | ✓ 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of overpay of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 195 Contract Product Liability | 360 Other Personal Injury | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent/Lease& Ejectment | 443 Housing/ Accommodations | Habeas Corpus: | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 530 General | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities Employment | 535 Death Penalty | IMMIGRATION | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities Other | 540 Mandamus & Other | 462 Naturalization Application | | |
| | X 440 Other Civil Rights | 550 Civil Rights | 463 Habeus Corpus - Alien Detainee | | 950 Constitutionality of State Statutes |
| | | 555 Prison Condition | 465 Other Immigration Action | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ Original Proceeding  ☐ Removed from State Court  ☐ Remanded from Appellate Court  ☐ X Reinstated or Reopened  ☐ Transferred from another district (specify)  ☐ Multidistrict Litigation  ☐ Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 17 of the United States Code
Brief description of cause:
I want to sue Onika Tanya Maraj Petty (Nicki Minaj ) and Isis Naija Gaston (Ice Spice) for copyright infringement.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: Yes  X No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE W. Scott Hardy   DOCKET NUMBER 2:23cv00808

DATE    SIGNATURE OF ATTORNEY OF RECORD

JS 44AREVISED June, 2009
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**
This case belongs on the   Erie   Johnstown   X Pittsburgh calendar.

1. **ERIE CALENDAR** - If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean, Venango or Warren OR any plaintiff or defendant resides in one of said counties.

2. **JOHNSTOWN CALENDAR** - If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset OR any plaintiff or defendant resides in one of said counties.

3. Complete if on ERIE CALENDAR: I certify that the cause of action arose in      County and that the      resides in      County.

4. Complete if on JOHNSTOWN CALENDAR: I certify that the cause of action arose in      County and that the      resides in      County..

**PART B** (You are to check ONE of the following)
1. X This case is related to Number: 2:23cv00808  Judge: W. Scott Hardy
2.   This case is not related to a pending or terminated case.

**DEFINITIONS OF RELATED CASES:**
**CIVIL:** Civil cases are deemed related when a case filed relates to property included in another suit or involves the same issues of fact or it grows out of the same transactions as another suit or involves the validity or infringement of a patent involved in another suit.
**EMINENT DOMAIN:** Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related.
**HABEAS CORPUS & CIVIL RIGHTS:** All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

**PART C**
**I. CIVIL CATEGORY** (Place x in only applicable category).
1. Antitrust and Securities Act Cases
2. Labor Management Relations
3. Habeas corpus
4. X Civil Rights
5. Patent, Copyright, and Trademark
6. Eminent Domain
7. All other federal question cases
8. All personal and property damage tort cases, including maritime, FELA, Jones Act, Motor vehicle, products liability, assault, defamation, malicious prosecution, and false arrest
9. Insurance indemnity, contract and other diversity cases.
10. Government Collection Cases (shall include HEW Student Loans (Education), V A Overpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.), HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, SBA Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct

Date: _____          _____
                                                                                              ATTORNEY AT LAW

NOTE: ALL SECTIONS OF BOTH SIDES MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44**
Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffsefendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency

and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of th e county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C P. ., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the Unite☐ States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of
the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diver si t y of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state cour ts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.
Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly ☐ ☐related to the cause of action and give a brief description of the cause **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.
**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Omar Shawn Shaheed
Plaintiff

vs.                                                          Case No. _____

Onika Tanya Maraj Petty
Isis Naija Gaston
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To:
Onika Tanya Maraj Petty

A lawsuit has been filed against you.

2:23-cv-1120

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Omar Shawn Shaheed
620 sixth st apt 1003
Braddock Pennsylvania 15104
Allegheny
412 6361636

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Brandy S. Lonchena**
**CLERK OF COURT**

_____

Date                                      Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Omar Shawn Shaheed
Plaintiff

vs.                                 Case No. _____

Onika Tanya Maraj Petty
Isis Naija Gaston
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To:
Isis Naija Gaston

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Omar Shawn Shaheed
620 sixth st apt 1003
Braddock Pennsylvania 15104
Allegheny